[No. 21334-0-III. Division Three. August 14, 2003.]

LINDA M. BLAKESLEE, ET AL., *Appellants*, v. PRING CORPORATION, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-2-03347-1, Kathleen M. O'Connor, J., entered July 30, 2002. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kato, A.C.J., and Sweeney, J.

[No. 21439-7-III. Division Three. August 14, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD CLYDE YAKE, *Appellant*.

Appeal from a judgment of the Superior Court for Whitman County, No. 01-8-00074-8, David Frazier, J., entered August 30, 2002. *Reversed* by unpublished opinion per Kato, J., concurred in by Brown, C.J., and Schultheis, J.

[No. 49258-6-I. Division One. August 18, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY EVANSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-05273-6, Helen Halpert, J., entered August 31, 2001. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.